ACCEPTED
03-14-00080-CV
6054847
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 11:37:29 AM
JEFFREY D. KYLE
CLERK

## No. 03-14-00080-CV

# In the Third Court of Appeals
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/14/2015 11:37:29 AM
JEFFREY D. KYLE
~~Clerk~~

**GATTIS ELECTRIC, INC.,**
*Appellant*

**v.**

**THERESA MARIE MANN, INDIVIDUALLY AND AS GUARDIAN OF THE PERSON AND ESTATE OF JAMES LAWHON,**
*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-12-001971
125TH JUDICIAL DISTRICT OF TRAVIS COUNTY, TEXAS
HON. TIM SULAK PRESIDING

## AMENDED CERTIFICATE OF CONFERENCE ON APPELLEE'S MOTION FOR LEAVE TO FILE POST-SUBMISSION LETTER OF SUPPLEMENTAL AUTHORITY

Appellee's undersigned counsel certifies that he has conferred with appellant's lead counsel, Kevin Jewell, about appellee's motion for leave to file a post-submission letter of supplemental authority. Mr. Jewell stated that he does not oppose the motion for leave.

Respectfully submitted,

SMITH LAW GROUP LLLP

By:   */s/D. Todd Smith*
       D. Todd Smith
       State Bar No. 00797451
       todd@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 fax

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

On July 14, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service to:

Kevin D. Jewell
CHAMBERLAIN, HRDLICKA, WHITE,
 WILLIAMS & AUGHTRY
1200 Smith Street, Suite 1400
Houston, Texas 77002
*Lead Appellate Counsel for Appellant*
*Gattis Electric, Inc.*

       */s/ D. Todd Smith*
       D. Todd Smith